FILED

08 JUL 18 PM 3: 30

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Gregory Shade

    Plaintiff(s),

v.

Daniel Patrick Gorman, individually and doing business as Charlie Seven Films, LLC, Framebird Media, Chip R. Beasley, and Andrew Ellis,

    Defendant(s).

No. CV-08 3471 JL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 18, 2008

Signature _____

Counsel for Plaintiff Gregory Shade
(Plaintiff, Defendant, or indicate "pro se")