STEVEN L. HAMMOND (State Bar No. 220521)
E-mail: *slh@hammondlawsf.com*
PETER J. PARISOT (State Bar No. 214622)
E-mail: *Parisot@hammondlawsf.com*
HAMMOND LAW
One Ferry Building, Suite 350
San Francisco, CA 94111
Telephone:     (415) 955-1915
Facsimile:     (415) 955-1976

Attorneys for Plaintiff
GREGORY SHADE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY SHADE,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL PATRICK GORMAN, individually and doing business as CHARLIE SEVEN FILMS, LLC, FRAMEBIRD MEDIA, CHIP R. BEASLEY, and ANDREW ELLIS,<br><br>  Defendants. | CASE NO. CV 08-03471 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  October 10, 2008<br>Time:  9:00 a.m.<br>Dept.:  Courtroom 10, 19th Floor<br>Judge:   Hon. Susan Illston<br><br>Action Filed:  July 18, 2008 |

This matter came on for hearing on October 10, 2008 at 9:00 a.m. in Courtroom 10 of the above-entitled court, the Honorable Susan Illston, presiding. After full consideration of the pleadings submitted herein, oral arguments, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction against Daniel Patrick Gorman, individually and doing business as Charlie Seven Films, LLC, Framebird Media, Chip R. Beasley, and Andrew Ellis is granted.

DATED:

By: _____
U.S. DISTRICT COURT JUDGE

Case No. CV 08-03471 SI
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION