STEVEN L. HAMMOND (State Bar No. 220521)
E-mail: *slh@hammondlawsf.com*
PETER J. PARISOT (State Bar No. 214622)
E-mail: *Parisot@hammondlawsf.com*
HAMMOND LAW
One Ferry Building, Suite 350
San Francisco, CA 94111
Telephone:   (415) 955-1915
Facsimile:   (415) 955-1976

Attorneys for Plaintiff
GREGORY SHADE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY SHADE,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL PATRICK GORMAN, individually and doing business as CHARLIE SEVEN FILMS, LLC, FRAMEBIRD MEDIA, CHIP R. BEASLEY, and ANDREW ELLIS,<br><br>Defendants. | CASE NO. CV 08-03471 SI<br><br>**EXHIBIT E** TO DECLARATION OF GREGORY SHADE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:   October 10, 2008<br>Time:   9:00 a.m.<br>Dept.:   Courtroom 10<br>Judge:   Hon. Susan Illston<br><br>Action Filed:   July 18, 2008 |

**MANUAL FILING NOTIFICATION**

Regarding:   EXHIBIT E to the DECLARATION OF GREGORY SHADE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

HAMMOND LAW
ONE FERRY BUILDING, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111

1. ___ Voluminous Document (PDF file size larger than efiling system allowances)
2. ___ Unable to Scan Documents
3. _X_ Physical Object (description): <u>Four (4) DVDs containing video footage and One (1) CD containing still photographs.</u>
5. ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
6. ___ Item Under Seal
7. ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
8. ___ Other (description): _____

DATED: July 24, 2008

Respectfully submitted,

HAMMOND LAW

By: _____
STEVEN L. HAMMOND
Attorneys for Plaintiff
GREGORY SHADE

HAMMOND LAW
ONE FERRY BUILDING, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111