1  STEVEN L. HAMMOND (State Bar No. 220521)
   E-mail: *slh@hammondlawsf.com*
2  PETER J. PARISOT (State Bar No. 214622)
   E-mail: *Parisot@hammondlawsf.com*
3  HAMMOND LAW
   One Ferry Building, Suite 350
4  San Francisco, CA 94111
   Telephone:   (415) 955-1915
5  Facsimile:   (415) 955-1976

6  Attorneys for Plaintiff
   GREGORY SHADE

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 | GREGORY SHADE,                          | CASE NO. CV 08-03471 SI
12 |         Plaintiff,                      | **CERTIFICATE OF SERVICE**
13 |     v.                                  | Date:  October 10, 2008
   |                                         | Time:  9:00 a.m.
14 | DANIEL PATRICK GORMAN, individually     | Dept.: Courtroom 10
   | and doing business as CHARLIE SEVEN     | Judge: Hon. Susan Illston
15 | FILMS, LLC, FRAMEBIRD MEDIA, CHIP       |
   | R. BEASLEY, and ANDREW ELLIS,           | Action Filed: July 18, 2008
16 |                                         |
   |         Defendants.                     |
17

18

19

20

21

22

23

24

25

26

27

28

HAMMOND LAW
ONE FERRY BUILDING, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1482 Page Street, San Francisco, California 94117.

On July 26, 2008, I served the following documents attached hereto as **Exhibit A** on the interested party in this action by personally delivering a copy of each document listed to the individuals at the address listed below.

**Daniel Patrick Gorman**
individually and doing business as
Charlie Seven Films, LLC
17265 Taylor Lane
Occidental, CA 95465

**Framebird Media***
17265 Taylor Lane
Occidental, CA 95465
(*Service accepted by Daniel Patrick Gorman.)

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 26, 2008, at San Francisco, California.

_Felicia Carr_ (signature)
Felicia Carr

# EXHIBIT A
## LIST OF DOCUMENTS

1. Summons
2. Complaint
3. ECF Registration Information Handout
4. Order Setting Initial Case Management Conference and ADR Guidelines
5. Chief Magistrate Judge James Larson Standing Orders
6. Standing Order for All Judges of the Northern District of California
7. Consenting to A Magistrate Judge's Jurisdiction in the Northern District of California
8. Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge
9. Reassignment Order
10. Judge Illston's Standing Order
11. Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof
12. Declaration of Gregory Shade In Support of Motion for Preliminary Injunction
13. Exhibit E to Declaration of Gregory Shade In Support of Motion for Preliminary Injunction
14. Exhibit F to Declaration of Gregory Shade In Support of Motion for Preliminary Injunction
15. Amended Exhibit F to Declaration of Gregory Shade In Support of Motion for Preliminary Injunction
16. Proposed Order Granting Plaintiff's Motion for Preliminary Injunction

HAMMOND LAW
ONE FERRY BUILDING, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111