1  Anthony Schoenberg (State Bar No. 203714)
      aschoenberg@fbm.com
2  Deepak Gupta (State Bar No. 226991)
      dgupta@fbm.com
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:   (415) 954-4480

6  Attorneys for Defendants
   DANIEL PATRICK GORMAN
7  FRAMEBIRD MEDIA
   CHARLIE SEVEN FILMS, LLC
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | GREGORY SHADE,                          | Case No. 08 CV 3471 (SI)
13 |          Plaintiff,                     | **EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**
14 |     vs.                                 |
15 | DANIEL PATRICK GORMAN                   | Judge:  Hon. Susan Illston
   | individually and dong business as       | Dept:   Courtroom 10, 19th Floor
16 | CHARLIE SEVEN FILMS, LLC,
   | FRAMEBIRD MEDIA, CHIP R.
17 | BEASLEY, and ANDREW ELLIS,
18 |          Defendants.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

EX PARTE APPLICATION TO EXTEND TIME TO
RESPOND TO COMPLAINT   Case No. 08 CV 3471 (SI)    - 1 -                            23527/1692786.1

1  Pursuant to Federal Rule of Civil Procedure 6(b) and Northern District of California Local Rules 6-3, 7-10 and 7-11, Defendants Daniel Gorman, Framebird Media and Charlie Seven Films, LLC ("Gorman") request a 21-day enlargement of time, until September 5, 2008, to respond to Plaintiff's complaint. Under the current schedule, an answer or response is due on August 15, 2008. *See* F.R.C.P. 12(a)(1)(A)(i) (20 days from date of service, July 26, 2008). An extension of time to respond is necessary because Defendant recently obtained *pro bono* counsel who will require additional time to determine whether a Rule 12 motion is appropriate, and if so, to prepare the same. As of August 11, 2008, Plaintiff's counsel had not yet responded to Defendant's repeated requests for an extension.

Under Federal Rule of Civil Procedure 6(b), this Court may grant an extension of time *ex parte*. F.R.C.P. 6(b) ("with or without motion or notice"); *see also*, SCHWARZER ET AL, CAL. PRAC. GUIDE: FED. CIV. PRO. BEFORE TRIAL (The Rutter Group 2008) ("On a showing of 'good cause,' the court may sign an ex parte order extending the time within which any act is required or allowed to be done…").

Good cause for an extension is present because counsel at Farella agreed to represent Defendant Gorman on a *pro bono* basis late last week and is still completing its review of the complaint. Counsel's initial review indicates possible grounds for a motion under Federal Rule of Civil Procedure 12. The current August 15, 2008 due date would make it impossible to complete such a motion. *See* attached Declaration of Deepak Gupta ("Gupta Decl.") at ¶3.

Defendant's counsel promptly contacted Plaintiff's counsel on August 6, 2008 asking for an extension of time. Plaintiff stated that he would check with his client, who was out of the country, to determine if an extension could be granted. Gupta Decl. at ¶4. Defendant's counsel sent an email on August 8, 2008 reiterating the request for an extension and asking for agreement by August 11, 2008 at noon. Gupta Decl. at ¶5. Plaintiff's counsel responded asking if Defendants would be willing to answer instead of move to dismiss. Defendant's counsel stated he would not agree to answer, and was considering a motion to dismiss. Gupta Decl. at ¶6. Defendant's counsel contacted Plaintiff's counsel after noon on August 11, 2008 to ask if a decision on an extension had been reached. Plaintiff's counsel was unavailable. As of 5:00 p.m.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

EX PARTE APPLICATION TO EXTEND TIME TO
RESPOND TO COMPLAINT   Case No. 08 CV 3471 (SI)    - 2 -    23527/1692786.1

on August 11, Plaintiff had not yet replied regarding Defendant's requested extension. Gupta Decl. at ¶7. In none of these exchanges did Plaintiff's counsel cite any prejudice from an extension. Gupta Decl. at ¶8.

The requested 21-day enlargement of time would permit counsel to fully analyze the allegations of the complaint and prepare a motion to dismiss or an answer, as appropriate. In the absence of an extension, this ability would be prejudiced. As a Rule 12 motion could allow the Court to narrow the issues in dispute, and Plaintiffs' counsel has cited no prejudice from an extension, the Court should grant the requested enlargement of time to respond until September 5, 2008.

Dated: August 11, 2008               FARELLA BRAUN & MARTEL LLP

                                     By:     /s/ Deepak Gupta
                                            Deepak Gupta

                                     Attorneys for Defendants
                                       Daniel Gorman, Framebird Media and
                                     Charlie Seven Films, LLC

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

EX PARTE APPLICATION TO EXTEND TIME TO
RESPOND TO COMPLAINT  Case No. 08 CV 3471 (SI)         - 3 -                    23527/1692786.1

1  Anthony Schoenberg (State Bar No. 203714)
       aschoenberg@fbm.com
2  Deepak Gupta (State Bar No. 226991)
       dgupta@fbm.com
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:   (415) 954-4480

6  Attorneys for Defendants
   DANIEL PATRICK GORMAN
7  FRAMEBIRD MEDIA
   CHARLIE SEVEN FILMS, LLC
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12 | GREGORY SHADE,                          | Case No. 08 CV 3471 (SI)
13 |            Plaintiff,                   | **[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**
14 |     vs.                                 |
15 | DANIEL PATRICK GORMAN                   | Judge:  Hon. Susan Illston
   | individually and dong business as       | Dept:   Courtroom 10, 19th Floor
16 | CHARLIE SEVEN FILMS, LLC,
   | FRAMEBIRD MEDIA, CHIP R.
17 | BEASLEY, and ANDREW ELLIS,
18 |            Defendants.

Having reviewed Defendant Daniel Patrick Gorman's submissions and GOOD CAUSE appearing therefor,

IT IS HEREBY ORDERED THAT:

Defendant's time to respond to the complaint is enlarged until September 5, 2008.

Dated: _____, 2008

Honorable Susan Illston
United States District Judge

[PROPOSED] ORDER GRANTING EXTENSION OF
TIME TO RESPOND TO COMPLAINT           - 2 -           23527\1693211.1
Case No. 08 CV 3471 (SI)