1  Anthony Schoenberg (State Bar No. 203714)
       aschoenberg@fbm.com
2  Deepak Gupta (State Bar No. 226991)
       dgupta@fbm.com
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:   (415) 954-4480

6  Attorneys for Defendants
   DANIEL PATRICK GORMAN
7  FRAMEBIRD MEDIA
   CHARLIE SEVEN FILMS, LLC
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | GREGORY SHADE,                          | Case No. 08 CV 3471 (SI)
13 |            Plaintiff,                   | **DECLARATION OF DEEPAK GUPTA IN SUPPORT OF EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**
14 |     vs.                                 |
15 | DANIEL PATRICK GORMAN                   | Judge:  Hon. Susan Illston
   | individually and dong business as       | Dept:   Courtroom 10, 19th Floor
16 | CHARLIE SEVEN FILMS, LLC,               |
   | FRAMEBIRD MEDIA, CHIP R.                |
17 | BEASLEY, and ANDREW ELLIS,              |
18 |            Defendants.                  |

---

DECLARATION OF DEEPAK GUPTA RE EX PARTE
APPLICATION TO EXTEND TIME TO RESPOND TO          - 1 -                             23527\1693193.1
COMPLAINT  Case No. 08 CV 3471 (SI)

I, Deepak Gupta, declare as follows:

1. I am an attorney duly admitted to practice in the State of California and am an attorney at the law firm of Farella Braun & Martel LLP ("Farella"), counsel for Defendant Daniel Gorman, Framebird Media and Charlie Seven Films, LLC ("Gorman") in the above-captioned matter. I have personal knowledge of the matters stated herein, and if called to testify, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the proof of service that was attached to the complaint and summons that was served on Daniel Gorman on July 26, 2008.

3. Counsel at Farella agreed to represent Defendant Gorman on a *pro bono* basis late last week and is still completing its review of the complaint. Counsel's initial review indicates possible grounds for a motion under Federal Rule of Civil Procedure 12. The current August 15, 2008 due date would make it impossible to complete such a motion.

4. Defendant's counsel promptly contacted Plaintiff's counsel after agreeing to represent Gorman on August 6, 2008 asking for an extension of time. Plaintiff stated that he would check with his client, who was out of the country, to determine if an extension could be granted.

5. Defendant's counsel sent an email on August 8, 2008 reiterating the request for an extension and asking for agreement by August 11, 2008 at noon. Attached hereto as Exhibit B is a true and correct copy of that email.

6. Plaintiff's counsel responded asking if Defendants would be willing to answer instead of move to dismiss. Defendant's counsel stated it would not agree to answer, and was considering a motion to dismiss. Attached hereto as Exhibit C is a true and correct copy of Plaintiff's response and Defendant's response.

7. Defendant's counsel contacted Plaintiff's counsel after noon on August 11, 2008 to ask if a decision on an extension had been reached. Plaintiff's counsel was unavailable. As of 5:00 p.m. on August 11 Plaintiff had not yet replied regarding Defendant's requested extension.

8. In none of these exchanges did Plaintiff's counsel cite any prejudice from an extension.

9. There have been no previous time modifications in this action and the requested time modification would have no other effect on the schedule for this case.

10. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 11, 2008, in San Francisco, California.

/s/ Deepak Gupta
Deepak Gupta

DECLARATION OF DEEPAK GUPTA RE EX PARTE
APPLICATION TO EXTEND TIME TO RESPOND TO     - 3 -     23527\1693193.1
COMPLAINT  Case No. 08 CV 3471 (SI)

# EXHIBIT A

1  STEVEN L. HAMMOND (State Bar No. 220521)
   E-mail: *slh@hammondlawsf.com*
2  PETER J. PARISOT (State Bar No. 214622)
   E-mail: *Parisot@hammondlawsf.com*
3  HAMMOND LAW
   One Ferry Building, Suite 350
4  San Francisco, CA 94111
   Telephone:   (415) 955-1915
5  Facsimile:    (415) 955-1976

6  Attorneys for Plaintiff
   GREGORY SHADE

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | GREGORY SHADE,                              | CASE NO. CV 08-03471 SI
12 |         Plaintiff,                          | **CERTIFICATE OF SERVICE**
13 | v.                                          | Date:   October 10, 2008
   |                                             | Time:   9:00 a.m.
14 | DANIEL PATRICK GORMAN, individually         | Dept.:  Courtroom 10
   | and doing business as CHARLIE SEVEN         | Judge:  Hon. Susan Illston
15 | FILMS, LLC, FRAMEBIRD MEDIA, CHIP           |
   | R. BEASLEY, and ANDREW ELLIS,               | Action Filed: July 18, 2008
16 |                                             |
   |         Defendants.                         |
17

HAMMOND LAW
ONE FERRY BUILDING, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1482 Page Street, San Francisco, California 94117.

On July 26, 2008, I served the following documents attached hereto as **Exhibit A** on the interested party in this action by personally delivering a copy of each document listed to the individuals at the address listed below.

**Daniel Patrick Gorman**
individually and doing business as
Charlie Seven Films, LLC
17265 Taylor Lane
Occidental, CA 95465

**Framebird Media***
17265 Taylor Lane
Occidental, CA 95465
(*Service accepted by Daniel Patrick Gorman.)

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 26, 2008, at San Francisco, California.

_____
Felicia Carr

HAMMOND LAW
ONE FERRY BUILDING, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111

1
PROOF OF SERVICE

Case No. CV 08-03471 SI

# EXHIBIT A

## LIST OF DOCUMENTS

1. Summons

2. Complaint

3. ECF Registration Information Handout

4. Order Setting Initial Case Management Conference and ADR Guidelines

5. Chief Magistrate Judge James Larson Standing Orders

6. Standing Order for All Judges of the Northern District of California

7. Consenting to A Magistrate Judge's Jurisdiction in the Northern District of California

8. Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge

9. Reassignment Order

10. Judge Illston's Standing Order

11. Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof

12. Declaration of Gregory Shade In Support of Motion for Preliminary Injunction

13. Exhibit E to Declaration of Gregory Shade In Support of Motion for Preliminary Injunction

14. Exhibit F to Declaration of Gregory Shade In Support of Motion for Preliminary Injunction

15. Amended Exhibit F to Declaration of Gregory Shade In Support of Motion for Preliminary Injunction

16. Proposed Order Granting Plaintiff's Motion for Preliminary Injunction

# EXHIBIT B

```
----- Original Message -----
From: Gupta, Deepak (22) x4419
To: 'slh@hammondlawsf.com' <slh@hammondlawsf.com>
Sent: Fri Aug 08 11:37:26 2008
Subject: Extension to respond
```

Steve-

I just spoke with your secretary who said you are out today.  She advised that email would be the best way to contact you.

We would like to know by Monday noon as to whether you will grant us a three week extension of time to respond.  As I originally made our request for extension two days ago you will have had ample time to respond.

If we don't hear from you in the affirmative, we will have to go in ex parte and make this request of the judge directly, which will be inconvenient for her.  As this is a standard professional courtesy that I have never been refused, I hope we can avoid the need for such ex parte motion practice.

Sincerely,
Deepak

**EXHIBIT C**

**From**: Gupta, Deepak (22) x4419
**To**: 'slh@hammondlawsf.com'
**Sent**: Fri Aug 08 14:54:54 2008
**Subject**: Re: Extension to respond

We are still reviewing the complaint, and therefore cannot commit to an answer. A motion is possible.

---

**From**: Steven L. Hammond
**To**: Gupta, Deepak (22) x4419
**Sent**: Fri Aug 08 13:57:13 2008
**Subject**: Re: Extension to respond

Deepak,

Mr. Shade has not yet authorized such an extension to respond. If Mr. Shade agrees to an extension, will Mr. Gorman agree file an answer as his response?

Thanks for the clarification.

Steve Hammond

Sent via BlackBerry by AT&T

---

**From**: <DGupta@fbm.com>
**Date**: Fri, 8 Aug 2008 11:37:26 -0700
**To**: <slh@hammondlawsf.com>
**Subject**: Extension to respond

Steve-

I just spoke with your secretary who said you are out today. She advised that email would be the best way to contact you.

We would like to know by Monday noon as to whether you will grant us a three week extension of time to respond. As I originally made our request for extension two days ago you will have had ample time to respond.

If we don't hear from you in the affirmative, we will have to go in ex parte and make this request of the judge directly, which will be inconvenient for her. As this is a standard professional courtesy that I have never been refused, I hope we can avoid the need for such ex parte motion practice.

Sincerely,
Deepak

8/11/2008