1  Anthony Schoenberg (State Bar No. 203714)
   aschoenberg@fbm.com
2  Deepak Gupta (State Bar No. 226991)
   dgupta@fbm.com
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:   (415) 954-4480

6  Attorneys for Defendants
   DANIEL PATRICK GORMAN
7  FRAMEBIRD MEDIA
   CHARLIE SEVEN FILMS, LLC
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | GREGORY SHADE,                              | Case No. 08 CV 3471 (SI)
13 |          Plaintiff,                         | **[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**
14 |     vs.                                     |
15 | DANIEL PATRICK GORMAN                       | Judge: Hon. Susan Illston
   | individually and dong business as           | Dept:  Courtroom 10, 19th Floor
16 | CHARLIE SEVEN FILMS, LLC,
   | FRAMEBIRD MEDIA, CHIP R.
17 | BEASLEY, and ANDREW ELLIS,
18 |          Defendants.

---

[PROPOSED] ORDER GRANTING EXTENSION OF
TIME TO RESPOND TO COMPLAINT           - 1 -                          23527\1693211.1
Case No. 08 CV 3471 (SI)

1  Having reviewed Defendant Daniel Patrick Gorman's submissions and GOOD CAUSE
2  appearing therefor,
3  IT IS HEREBY ORDERED THAT:
4  Defendant's time to respond to the complaint is enlarged until September 5, 2008.

Dated: _____, 2008          _____
                                                    Honorable Susan Illston
                                                    United States District Judge