1 | **FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
2 | TELEPHONE:    415.434.4484
FACSIMILE: 415.434.4507

3 | KIMBERLY K. DODD, CA BAR NO. 235109, KDODD@FOLEY.COM

4 | **FOLEY & LARDNER LLP**
111 HUNTINGTON AVENUE, 26TH FLOOR
BOSTON, MA 02199-7626
5 | TELEPHONE:    617.342.4000
FACSIMILE: 617.342.4001

6 | STEPHEN D. RIDEN, (TO BE ADMITTED *PRO HAC VICE*), SRIDEN@FOLEY.COM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY SHADE, | Case No: 3:08-cv-03471-SI |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16** |
| vs. | |
| DANIEL PATRICK GORMAN, individually and doing business as CHARLIE SEVEN FILMS, LLC, FRAMEBIRD MEDIA, CHIP R. BEASLEY, and ANDREW ELLIS, | JUDGE:   HON. SUSAN ILLSTON
DEPT.:   COURTROOM 10, 19TH FLOOR |
| Defendants. | |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16
CASE NO. 3:08-cv-03471-SI

SFCA_1446792.1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

FOLEY & LARDNER LLP

Dated: August 14, 2008         By: _____/S/_____
                                    KIMBERLY K. DODD
                                    ATTORNEYS FOR DEFENDANT ANDREW ELLIS

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16
CASE NO. 3:08-cv-03471-SI

SFCA_1446792.1