1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3409
2  TELEPHONE:    415.434.4484
   FACSIMILE:    415.434.4507
3  KIMBERLY K. DODD, CA BAR NO. 235109, KDODD@FOLEY.COM
4  **FOLEY & LARDNER LLP**
   111 HUNTINGTON AVENUE, 26TH FLOOR
   BOSTON, MA 02199-7626
5  TELEPHONE:    617.342.4000
   FACSIMILE:    617.342.4001
6  STEPHEN D. RIDEN, (TO BE ADMITTED *PRO HAC VICE*), SRIDEN@FOLEY.COM

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY SHADE,<br><br>  Plaintiff,<br><br>  vs.<br><br>DANIEL PATRICK GORMAN, individually and doing business as CHARLIE SEVEN FILMS, LLC, FRAMEBIRD MEDIA, CHIP R. BEASLEY, and ANDREW ELLIS,<br><br>  Defendants. | Case No: 3:08-cv-03471-SI<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge:  Hon. Susan Illston<br>Dept:   Courtroom 10, 19th Floor |

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT
CASE NO. 3:08-cv-03471-SI

BOST_766035.1

1  Having reviewed Defendant Andrew Ellis' submissions and GOOD CAUSE appearing
2  therefor, IT IS HEREBY ORDERED THAT:
3  Defendant Andrew Ellis' time to respond to the Complaint is enlarged until
4  September 8, 2008.

Dated: _____, 2008    _____
  Honorable Susan Illston
  United States District Judge

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT
CASE NO. 3:08-cv-03471-SI

BOST_766035.1