1  STEVEN L. HAMMOND (State Bar No. 220521)
   E-mail: *slh@hammondlawsf.com*
2  PETER J. PARISOT (State Bar No. 214622)
   E-mail: *Parisot@hammondlawsf.com*
3  HAMMOND LAW
   One Ferry Building, Suite 350
4  San Francisco, CA 94111
   Telephone:    (415) 955-1915
5  Facsimile:    (415) 955-1976

6  Attorneys for Plaintiff
   GREGORY SHADE
7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11 | GREGORY SHADE,                              | CASE NO. CV 08-03471 SI
12 |         Plaintiff,                          | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
13 |    v.                                       |
   |                                             | Action Filed:  July 18, 2008
14 | DANIEL PATRICK GORMAN, individually
15 | and doing business as CHARLIE SEVEN
   | FILMS, LLC, FRAMEBIRD MEDIA, CHIP
   | R. BEASLEY, and ANDREW ELLIS,
16 |
   |         Defendants.
17

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
2 | parties, there is no such interest to report.

3 | DATED: August 27, 2008

Respectfully submitted,

HAMMOND LAW

By: _____
STEVEN L. HAMMOND
Attorneys for Plaintiff
GREGORY SHADE

HAMMOND LAW
ONE FERRY BUILDING, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111