IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID MOTON,  No. C 07-01483SI

    Plaintiff,  **NOTICE**

v.

HANJIN SHIPPING,

    Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the further case management conference has been continued to Friday, November 14, 2008, at 2:30 p.m.

Dated: September 5, 2008      RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk