1  Anthony Schoenberg (State Bar No. 203714)
       aschoenberg@fbm.com
2  Deepak Gupta (State Bar No. 226991)
       dgupta@fbm.com
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:   (415) 954-4480

6  Attorneys for Defendant
   DANIEL PATRICK GORMAN
7  FRAMEBIRD MEDIA
   CHARLIE SEVEN, LLC

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | GREGORY SHADE,                          | Case No. CV 08-03471 (SI)
13 |            Plaintiff,                   | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16**
14 |    vs.                                  |
15 | DANIEL PATRICK GORMAN                   | Judge:   Hon. Susan Illston
   | individually and dong business as       | Dept:    Courtroom 10, 19th floor
16 | CHARLIE SEVEN FILMS, LLC,
   | FRAMEBIRD MEDIA, CHIP R.
17 | BEASLEY, and ANDREW ELLIS,
18 |            Defendants.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS PURSUANT TO
CIVIL L.R. 3-16 - Case No. CV 08-03471 (SI)

23527\1712122.1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2    named parties, there is no such interest to report.

3

4

5    Dated:  September 5, 2008                    FARELLA BRAUN & MARTEL LLP

6

7                                                 By:      /s/
8                                                     Deepak Gupta

9                                                 Attorneys for Defendant
                                                  DANIEL PATRICK GORMAN (dba
10                                                FRAMEBIRD MEDIA and CHARLIE
                                                  SEVEN, LLC)
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS PURSUANT TO CIVIL L.R. 3-16      - 2 -                              23527\1712122.1
- Case No. CV 08-03471 (SI)