1   ROBERT R. CROSS (State Bar No. 56814)
    E-mail: *rcross@sideman.com*
2   CONSTANCE J. YU (State Bar No. 182704)
    E-mail: *cyu@sideman.com*
3   SIDEMAN & BANCROFT LLP
    One Embarcadero Center, Eighth Floor
4   San Francisco, California 94111-3629
    Telephone:    (415) 392-1960
5   Facsimile:    (415) 392-0827

6   STEVEN L. HAMMOND (State Bar No. 220521)
    E-mail: *slh@hammondlawsf.com*
7   PETER J. PARISOT (State Bar No. 214622)
    E-mail: *parisot@hammondlawsf.com*
8   HAMMOND LAW
    1829 Market St.
9   San Francisco, CA, 94103
    Telephone:    (415) 955-1915
10  Facsimile:    (415) 955-1976

11  Attorneys for Plaintiff
    GREGORY SHADE

12

13          **UNITED STATES DISTRICT COURT**

14      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15              **SAN FRANCISCO DIVISION**

16  GREGORY SHADE,                        CASE NO. CV 08-03471 SI

17          Plaintiff,                    **STIPULATION AND ORDER FOR
                                          DISMISSAL OF COMPLAINT AS TO
18  v.                                    DEFENDANT ANDREW ELLIS**

19  DANIEL PATRICK GORMAN, individually
    and doing business as CHARLIE SEVEN   Action Filed:   July 18, 2008
20  FILMS, LLC, FRAMEBIRD MEDIA, CHIP
    R. BEASLEY, and ANDREW ELLIS,
21
            Defendants.
22

23

24

25          Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Gregory Shade and

26  Defendant Andrew Ellis, through the undersigned counsel of record, hereby stipulate that the

27  Complaint and all claims therein be dismissed, without prejudice, as to Defendant Andrew Ellis,

28  with Plaintiff Shade and Defendant Ellis each to bear his own costs of suit and attorneys' fees

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT AS TO DEFENDANT ANDREW ELLIS

1  incurred in the action.

2  DATED: October 23, 2008          HAMMOND LAW
                                   STEVEN L. HAMMOND
3

4                                   SIDEMAN & BANCROFT LLP
                                   ROBERT R. CROSS
5                                   CONSTANCE J. YU

6

7                                   By:  /s/_____
                                         ROBERT R. CROSS
8                                   Attorneys for Plaintiff GREGORY SHADE

9  DATED: October 23, 2008          FOLEY & LARDNER LLP
                                   STEPHEN D. RIDEN
10

11

12                                  By:  /s/_____
                                         STEPHEN D. RIDEN
13                                  Attorneys for Defendant ANDREW ELLIS

14                                       **ORDER**

15      Good cause appearing, it is SO ORDERED.

16      DATED: October ___, 2008

17

18                                  _____
19                                  Susan Illston
                                   United States District Judge
20  10847\695591v1

21

22

23

24

25

26

27

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111