Robert R. Cross (State Bar No. 56814)
rcross@sideman.com
Constance J. Yu (State Bar No. 182704)
cyu@sideman.com
Sideman & Bancroft LLP
One Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Steven L. Hammond (State Bar No. 220521)
slh@hammondlawsf.com
Peter J. Parisot (State Bar No. 214622)
parisot@hannondlawsf.com
Hammond Law
1829 Market Street
San Francisco, CA 94103
Telephone: (415) 955-1915
Facsimile: (415) 955-1976

Attorneys for Plaintiff
GREGORY SHADE

Anthony Schoenberg (State Bar No. 203714)
aschoenberg@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
DANIEL PATRICK GORMAN, dba
FRAMEBIRD MEDIA and CHARLIE SEVEN FILMS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SHADE,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL PATRICK GORMAN individually and dong business as CHARLIE SEVEN FILMS, LLC, FRAMEBIRD MEDIA, CHIP R. BEASLEY, and ANDREW ELLIS,<br><br>Defendants. | Case No. 08 CV 3471 (SI)<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS, MOTION FOR PRELIMINARY INJUNCTION AND CASE MANAGEMENT CONFERENCE**<br><br>Date:<br>Time:     9:00 a.m.<br>Judge:   Hon. Susan Illston<br>Dept:    Courtroom 10, 19th Floor |

    This Stipulation is made pursuant to Civil Local Rule 6-1(b) and 6-2 with reference to the following facts:

STIPLUATION AND ORDER GRANTING REQUEST
FOR CONTINUANCE OF HEARING - 1 - 23527\1756721.1
Case No. 08 CV 3471 (SI)

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

WHEREAS, the Court has noticed Hearings on Defendant Gorman's Motion to Dismiss and Anti-SLAPP Motion to Strike, Plaintiff's Motion for Preliminary Injunction and the Parties' Case Management Conference for November 14, 2008 (Dkts. 24, 31, 32);

WHEREAS, after Plaintiff filed his Motion for Preliminary Injunction, pursuant to Court Order, the Parties engaged in Expedited Discovery, including depositions of Plaintiff and Defendant Gorman (Dkt. 33);

WHEREAS, the Plaintiff thereafter filed a Reply in Support of Motion for Preliminary Injunction that incorporates new legal and factual contentions based on the depositions;

WHEREAS, the Parties agree that Defendant should be entitled to address these legal and factual contentions in a surreply not to exceed ten pages in length and that the Hearings should be continued to permit Defendant to file such a surreply;

IT IS HEREBY STIPULATED BY THE PARTIES, by and through their undersigned counsel of record, and the Parties jointly request, that the Hearings on Defendant Gorman's Motion to Dismiss and Anti-SLAPP Motion to Strike, Plaintiff's Motion for Preliminary Injunction, and the Case Management Conference, currently set for November 14, 2008, be rescheduled for December 5, 2008, or a date as soon thereafter as the Court's calendar permits, and that Defendant be permitted to file a surreply of not more than ten pages two weeks before such new hearing date.

DATED: November 4, 2008

SIDEMAN & BANCROFT LLP

By: /s/
ROBERT R. CROSS
Attorneys for Plaintiff

DATED: November 4, 2008

FARELLA BRAUN + MARTEL LLP

By: /s/
DEEPAK GUPTA
Attorneys for Defendants DANIEL PATRICK GORMAN, individually and doing business as CHARLIE SEVEN FILMS, LLC, and FRAMEBIRD MEDIA

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPLUATION AND ORDER GRANTING REQUEST
FOR CONTINUANCE OF HEARING
Case No. 08 CV 3471 (SI)

- 2 -

23527\1756721.1

# ORDER

Having reviewed the parties' Stipulated Request for Continuance of Hearing on Motion to Dismiss, Motion for Preliminary Injunction and Case Management Conference herein,

IT IS HEREBY ORDERED THAT:

Defendant Gorman's Motion to Dismiss and Anti-SLAPP Motion to Strike, Plaintiff's Motion for Preliminary Injunction and the Case Management Conference (Dkts. 24, 31, 32) are continued to  December 12, 2008, at 9:00 a.m. and 2:00 p.m., respectively

Two weeks before the continued hearing, Gorman may file a surreply in opposition to Plaintiff's Motion for Preliminary Injunction not to exceed ten pages in length.

Dated: _____, 2008

_____
Susan Illston
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER GRANTING REQUEST
FOR CONTINUANCE OF HEARING     - 3 -
Case No. 08 CV 3471 (SI)

23527\1756721.1