STEVEN L. HAMMOND (State Bar No. 220521)
E-mail: *slh@hammondlawsf.com*
PETER J. PARISOT (State Bar No. 214622)
E-mail: *Parisot@hammondlawsf.com*
HAMMOND LAW
1829 Market Street
San Francisco, CA 94103
Telephone: (415) 955-1915
Facsimile: (415) 955-1976

CONSTANCE J. YU (State Bar No. 182704)
E-mail: *cyu@sideman.com*
ROBERT R. CROSS (State Bar No. 056814)
E-mail: *rcross@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Plaintiff
GREGORY SHADE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY SHADE, | CASE NO. CV 08-03471 SI |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| v. | |
| DANIEL PATRICK GORMAN, individually and doing business as CHARLIE SEVEN FILMS, LLC, FRAMEBIRD MEDIA, CHIP R. BEASLEY, and ANDREW ELLIS, | Action Filed: July 18, 2008 |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Steven L. Hammond and Peter J. Parisot of the law firm of Hammond Law, 1829 Market Street, San Francisco, CA 94103, co-counsel to Plaintiff Gregory Shade, hereby move to withdraw as counsel of record for Plaintiff Shade in this action. This application is made under United States District Court – Northern District Local Rule 11-5. Plaintiff Shade has been informed of this Motion to Withdraw and has consented to this Motion.

Plaintiff Shade will continue to be represented in this action by counsel of record Constance J. Yu and Robert R. Cross of the law firm of Sideman & Bancroft LLP, One Embarcadero Center, 8th Floor, San Francisco, CA 94111.

DATED: Jan. 28, 2009

Respectfully submitted,

HAMMOND LAW

By: _____
STEVEN L. HAMMOND
Attorneys for Plaintiff
GREGORY SHADE

**I CONSENT TO THIS SUBSTITUTION.**

_____
GREGORY SHADE

Dated: JAN 27, 09

Case No. CV 08-03471 SI
MOTION TO WITHDRAW AS COUNSEL OF RECORD