IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SHADE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL PATRICK GORMAN,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 08-03471 SI<br><br>**PRETRIAL PREPARATION ORDER** |

　　　　It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 24, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 8, 2009.

DESIGNATION OF EXPERTS: 5/22/09; REBUTTAL: 6/19/09.
　　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 10, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by August 14, 2009;

　　　Opp. Due August 21, 2008 ; Reply Due August 28, 2009;

　　　and set for hearing no later than September 18, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 20, 2009 at 3:30 PM.

JURY TRIAL DATE: November 2, 2009 at 8:30 AM.,
　　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to Magistrate Judge Spero (or another magistrate who can accommodate the schedule) for settlement purposes. The settlement conference shall occur by the end of March 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge