IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SHADE,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIEL PATRICK GORMAN, *et al.*,<br><br>    Defendants.<br>                                 / | No. C 08-3471 SI<br><br>**ORDER TO SHOW CAUSE RE: COMPLIANCE WITH SETTLEMENT AGREEMENT** |

Plaintiff is hereby **ORDERED TO SHOW CAUSE, in writing filed no later than July 17, 2009**, why he should not be ordered to comply immediately and completely with the terms of the parties' settlement agreement by deactivating all web postings regarding defendant over which he has control, including the postings on YouTube, Yahoo Video, Vox and Facebook identified by defendant Gorman in his Certification of Non-Settlement and Request for Order to Show Cause. (Docket No. 81).

**IT IS SO ORDERED.**

Dated: June 25, 2009

SUSAN ILLSTON
United States District Judge