1 | ROBERT R. CROSS (State Bar No. 56814)
E-mail: *rcross@sideman.com*
2 | CONSTANCE J. YU (State Bar No. 182704)
E-mail: *cyu@sideman.com*
3 | SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
4 | San Francisco, California 94111-3629
Telephone:   (415) 392-1960
5 | Facsimile:   (415) 392-0827

6 | Attorneys for Plaintiff GREGORY SHADE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY SHADE,<br><br>           Plaintiff,<br><br>       v.<br><br>DANIEL PATRICK GORMAN, individually and doing business as CHARLIE SEVEN FILMS, LLC, FRAMEBIRD MEDIA and CHIP R. BEASLEY,<br><br>           Defendants. | CASE NO. 08 CV 03471 (SI)<br><br>**NOTICE AND CONSENT TO WITHDRAWAL OF COUNSEL**<br><br>Judge:   Hon. Susan Illston<br>Dept.:    Courtroom 10, 19th Floor<br><br>Trial Date:   November 2, 2009 |
| AND RELATED COUNTERCLAIMS | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff GREGORY SHADE, and his counsel, the law firm of Sideman & Bancroft, LLP, and its attorneys, may withdraw from the representation of Plaintiff in any further proceedings with respect to this above-caption case.

Plaintiff's new contact information is as follows:

> Gregory Shade
> c/o Jeffrey D. Myers, Registered Patent Attorney
> Peacock Myers, P.C.
> P.O. Box 26927, Albuquerque, New Mexico 87125
> 201 Third St NW, Ste 1340, Albuquerque, NM 87102
> Tel.: (505) 998-1500; Fax: (505) 243-2542
> Email: jmyers@PeacockLaw.com

DATED: June 26, 2009           I consent to the above withdrawal.

By: _____
    GREGORY SHADE

DATED: June 26, 2009           SIDEMAN & BANCROFT LLP

By: _____
    CONSTANCE J. YU
    Attorneys for Plaintiff GREGORY SHADE

10847\814638v1                    1                        Case No. 08 CV 03471 (SI)
NOTICE AND CONSENT TO WITHDRAWAL OF COUNSEL