Karl Olson (SBN 104760)
**RAM & OLSON**
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
Email: kolson@ramolson.com
*Attorney for Plaintiff Gregory Shade*

Deepak Gupta (SBN 226991)
**FARELLA, BRAUN AND MARTEL**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Email: dgupta@fbm.com
*Attorney for Defendant Daniel Patrick Gorman*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY SHADE, <br><br> Plaintiff, <br> v. <br><br> DANIEL PATRICK GORMAN, <br><br> Defendant. | NO. C 08-03471 SI <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> Date: October 16, 2009 <br> Time: 3:00 p.m. <br> Place: Courtroom 10, 19th <br> [Hon. Susan Illston] <br><br> Action Filed: July 18, 2008 |

/ / /

/ / /

/ / /

/ / /

/ / /

Case No. C 08-03471 SI – STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT   1

IT IS HEREBY STIPULATED by and between the parties that the time to file the Joint Case Management Conference Statement in this matter is extended from Friday, October 9, 2009 to Tuesday, October 13, 2009.  The parties request the court's approval of this extension which is necessitated by the need to coordinate the filing of the CMC Statement between the parties and the fact that the Court's ECF system is going offline at 5 p.m. today.

Dated:  October 9, 2009

*/s/ Karl Olson*
Karl Olson
**RAM & OLSON**
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
Email:  kolson@ramolson.com
*Attorney for Plaintiff Gregory Shade*

Dated:  October 9, 2009

*/s/ Deepak Gupta*
Deepak Gupta (SBN 226991)
**FARELLA, BRAUN AND MARTEL**
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Email:  dgupta@fbm.com
*Attorney for Defendant Daniel Patrick Gorman*

IT IS SO ORDERED:

_____
The Honorable Susan Illston
United states District Court Judge

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

*/s/ Karl Olson*
Karl Olson, Counsel for Plaintiff

Case No. C 08-03471 SI – STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT    2